# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KATRINA BARNES,                     )     Case No.  EDCV 10-1118 RNB
                                    )
                    Plaintiff,      )
                                    )     **J U D G M E N T**
          vs.                       )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
                    Defendant.      )
_____)

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED:  May 2, 2011


_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE